VERNA WEFALD
Calif. State Bar No. 127104
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Telephone: 626-577-2658
Facsimile: 626-685-2562
Email: vwefald@earthlink.net

Attorney for Petitioner Michael Panella

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PANELLA, | ) Civ. No. 06-CV-000795-OWW-WMW HC |
| Petitioner, | ) **ORDER GRANTING** |
| v. | ) **REQUEST TO LODGE DOCUMENTS** |
| JOHN MARSHALL, Warden, | ) |
| Respondent. | ) |

UPON APPLICATION OF PETITIONER and good cause appearing, Petitioner Michael Panella is hereby granted permission to lodge the following documents in support of his Opposition to Respondent's Motion to Dismiss.

All the documents to be lodged were filed in In re Panella, California Supreme Court Case No. S136484:

1. Petition for Writ of Habeas Corpus; Verification; Memorandum of Points and Authorities;

2. Exhibits in Support of Petition for Writ of Habeas Corpus, Volume I, (Exhibits 1-16)

3. Exhibits in Support of Petition for Writ of Habeas Corpus, Volume II, (Exhibits 17-25)

4. Record of Habeas Corpus Proceedings of the Kern County Superior Court, Volume I

| | | |
|---|---|---|
| 5. | Record of Habeas Corpus Proceedings of the Kern County Superior Court, Volume II |
| 6. | Record of Habeas Corpus Proceedings of the Kern County Superior Court, Volume III |
| 7. | Record of Habeas Corpus Proceedings of the Kern County Superior Court, Volume IV |
| 8. | Record of Habeas Corpus Proceedings of the Kern County Superior Court, Volume V |

IT IS SO ORDERED.

**Dated:   April 11, 2007**            /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE