IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TODD PANELLA,**<br><br>                                Petitioner,<br><br>v.<br><br>**JOHN MARSHALL,**<br><br>                                Respondent. | 1:06-cv- 00795-OWW-WMW (HC)<br><br>**ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>(Doc. 20) |

   IT IS HEREBY ORDERED that the time for filing Respondent's Answer is extended through and including May 15, 2008.

IT IS SO ORDERED.

**Dated:     April 24, 2008**                    **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1