|  |  |
|---|---|
| **MICHAEL TODD PANELLA,**<br><br>                          Petitioner,<br><br>v.<br><br>**JOHN MARSHALL,**<br><br>                          Respondent. | 1:06-cv- 00795-OWW-WMW (HC)<br><br>**ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>(Doc. 20) |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that the time for filing Respondent's Answer is extended through and including May 15, 2008.

IT IS SO ORDERED.

**Dated:    April 24, 2008**              /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1