IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD PANELLA, | 1:06-cv-00795-OWW-WMW (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| JOHN MARSHALL, Warden, | (DOCUMENT #23) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended for thirty days.

IT IS SO ORDERED.

**Dated:  May 19, 2008**          /s/  William M. Wunderlich
                                   UNITED STATES MAGISTRATE JUDGE