IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD PANELLA, | 1:06-cv-00795-OWW-WMW (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| JOHN MARSHALL, | (DOCUMENT #25) |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing Respondent's responsive pleading is extended through and including July 9, 2008.

IT IS SO ORDERED.

Dated:   June 24, 2008           /s/  William M. Wunderlich
                                 UNITED STATES MAGISTRATE JUDGE