VERNA WEFALD
Calif. State Bar No. 127104
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Telephone: 626-577-2658
Facsimile: 626-685-2562
Email: vwefald@earthlink.net

Attorney for Petitioner Michael Panella

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PANELLA,<br><br>      Petitioner,<br><br>v.<br><br>JOHN MARSHALL, Warden,<br><br>      Respondent. | Civ. No. 06-CV-000795-OWW-WMW HC<br><br>ORDER GRANTING<br>REQUEST FOR EXTENSION OF TIME |

GOOD CAUSE APPEARING, petitioner's request for extension of time to file the Reply to the Answer to Petition for Writ of Habeas Corpus on or before September 8, 2008, is hereby granted.

IT IS SO ORDERED.

**Dated:   August 5, 2008**         /s/ **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE