UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL TODD PANELLA,

    Petitioner,                                No. C -06-0795 CRB

    v.                                      **CLERK'S NOTICE**

J. JOHN, Warden,

    Respondent.

_____/

THE PARTIES ARE HEREBY NOTIFIED that this case has been reassigned to the Honorable CHARLES R. BREYER. Judge Breyer sits in the Northern District of California, but has been temporarily designated to sit in the Eastern District. DEFENDANT(S) ARE HEREBY NOTIFIED THAT EFFECTIVE IMMEDIATELY courtesy chambers copies of all documents that defendant(s) file and/or lodge in this case must be delivered to Judge Breyer's chambers by noon the following day at the address below:

HONORABLE CHARLES R. BREYER
United States District Court
Northern District of California
450 Golden Gate Ave., 19th Floor
San Francisco, CA  94102

Richard W. Wieking
Clerk, U.S. District Court

by: _____
Barbara Espinoza, Deputy Clerk
Honorable CHARLES R. BREYER
(415) 522-2062

Dated: February 9, 2009