IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD PANELLA, | No. C 06-00795 CRB (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. / | |

Having denied Michael Todd Panella's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, judgment is hereby entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: August 10, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0795\judgment.wpd