IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TODD PANELLA,

    Petitioner,

  v.

JOHN MARSHALL, Warden,

    Respondent.

                                        /

No. C 06-0795 CRB

**CERTIFICATE OF APPEALABILITY**

Now before the Court is petitioner's request for issuance of a certificate of appealability ("COA"). A judge shall grant a COA "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

///
///
///
///
///

Here, the Court GRANTS a certificate of appealability with respect to petitioner's claims based on (1) the materiality of the alleged suppression of a deal between the prosecution and jailhouse informants, and whether Petitioner was entitled to an evidentiary hearing on that issue, and (2) whether Petitioner's constitutional rights were violated by the alleged juror coercion, and whether Petitioner is entitled to an evidentiary hearing on that issue.

**IT IS SO ORDERED.**

Dated: October 16, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE